# EXHIBIT A

# MIRKWOOD

### STEVE HILLARD

A NOVEL ABOUT
JRR TOLKIEN



ISBN 978-0615312545

Bold new author Steve Hillard's wildly original debut, Mirkwood, re-invents J.R.R. Tolkien as a man haunted by the very myths he rewove into his famous works. As much literary criticism as boisterous epic, this episodically-driven plot explores the blurred borderlands where ancient tales, lost heroines, and epic journeys are stalked by dim monsters that will not be still. In 1970, Professor Tolkien makes a little-known visit to America—and sets in motion elvish powers embodied in a cache of archaic documents. Destinies are altered, legends become real, and two heroines must race for their lives in vastly different worlds.