IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR 19 PM 2:25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

STEPHEN HILLARD and CRUEL RUNE LLC,
Plaintiffs,

-vs-                                                    Case No. A-11-CA-129-SS

THE J.R.R. TOLKIEN ESTATE LIMITED,
Defendant.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Dismissal of Action [#3] filed by the plaintiffs in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Dismissal of Action [#3] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the 19th day of April 2011.

_____
UNITED STATES DISTRICT JUDGE